[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 18, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15992
Non-Argument Calendar

_____

D. C. Docket No. 04-00435-CR-KOB-PWG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES DEAN BRADLEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 18, 2006)**

Before ANDERSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Charles Dean Bradley in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bradley's conviction and sentence are **AFFIRMED**.